IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUSTIN PACULT, MELISSA BARGFREDE, JR TOLEDO, NEIL THOMPSON and DANIEL BIEURANCE, individually and as qui tam relators for UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF LOUISIANA, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MONTANA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NEVADA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA and STATE OF WISCONSIN,

    Plaintiffs,

v.

WALGREEN CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-542-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing federal claims brought by relator plaintiffs Justin Pacult, Melissa Bargfrede, JR Toledo, Neil Thompson, Daniel Bieurance and plaintiff United States of America without prejudice and declining to exercise supplemental jurisdiction over the state law claims in which plaintiffs Indiana and California have intervened and dismissing those claims without prejudice.

_____        9/22/11
Peter Oppeneer, Clerk of Court        Date